ALHAMBRA AMUSEMENT COMPANY, INC., Appellant, *v.* ASSOCIATED FIRST NATIONAL PICTURES, INC., Respondent.

*Contract — Frauds (Statute of) — action to recover for breach of contract — defense of Statute of Frauds.*

*Alhambra Am. Co., Inc.,* v. *Associated F. Nat. Pictures, Inc.,* 207 App. Div. 550, affirmed.

(Argued January 20, 1926; decided February 24, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 2, 1924, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial. The action was to recover damages for breach of a contract alleged to have been made between the plaintiff and defendant for the delivery of motion picture films to the DeLuxe Theatre, Utica, for a period of more than one year. The principal defense was that the contract was void under the Statute of Frauds on the ground that it had not been signed by the defendant.

*Willard R. Pratt* and *George W. Alger* for appellant.

*James F. Hubbell* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: CARDOZO, J.